JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO ALEJANDRE,<br><br>                Petitioner,<br><br>     v.<br><br>WARREN MONTGOMERY,<br><br>                Respondent. | Case No. 2:17-cv-07778-JLS-MAA<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.


DATED: January 19, 2020

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE